UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | 1:04-CR-5327 AWI |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| **JOSE JESUS PULIDO CHAVEZ,** ) | NOTE AND DEED OF TRUST |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named defendant having been sentenced to a term of time served;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Deed No.:      2005-1077151

Receipt No.:   100-202922

IT IS SO ORDERED.

Dated:   **January 24, 2008**               /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE